# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GUADALUPE GARCIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 3:15-CV-03604-B** |
| | § | |
| **STATE FARM LLOYDS** | § | |
| **AND ERIK BORING,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Guadalupe Garcia and Defendants State Farm Lloyds and Erik Boring hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the _16th_ day of August, 2016.

Respectfully submitted,

/s/ Andres. A. Arguello*
Andres A. Arguello
State Bar No. 24089970

Arguello, Hope & Associates, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
Telephone:  (281) 532-5529
Facsimile:  (281) 402-3534
Email:  Andres@simplyjustice.com

*signed with permission*

And

Sarah M. Schechter
Texas Bar No. 24062987

Modjarrad, Abusaad, & Said Law Firm
212 West Spring Valley Road
Richardson, Texas 75081
Telephone:  (972)789-1664
Facsimile:  (972) 789-1665
Email:  sschechter@modjarrad.com

**COUNSEL FOR PLAINTIFF**

And


*/s/ Lindsey Shine Lawrence*
Rhonda J. Thompson, Lead Attorney
State Bar No.  24029862
Lindsey Shine Lawrence
State Bar No.  24053681

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  llawrence@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS
STATE FARM LLOYDS AND ERIK BORING**

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of August, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Andres A. Arguello
Arguello, Hope & Associates, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas 77058

Sarah M. Schechter
Modjarrad, Abusaad, & Said Law Firm
212 West Spring Valley Road
Richardson, Texas 75081
        *Counsel for Plaintiff*

                    */s/ Lindsey Shine Lawrence*
                    Lindsey Shine Lawrence