UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUADALUPE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-3604-B |
| | § | |
| STATE FARM LLOYDS and ERIK BORING | § § | |
| | § | |
| Defendants. | § | |

ORDER DISMISSING CASE

On August 16, 2016, the parties in this case stipulated to voluntarily dismiss this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 22, Joint Stipulation of Dismissal with Prejudice. Accordingly, the Court **DISMISSES** this case **with prejudice.** Each party is to bear its own costs.

SO ORDERED.

SIGNED: August 17, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -